UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEVIN J. THOMPSON,

          NO. CIV. S-12-1058 LKK/CMK

    Plaintiff,

  v.                                         O R D E R

GEORGE DELALLO CO., INC.
dba EHMANN OLIVE CO.,
DOES 1 through 100,
inclusive,

    Defendants.
_____/

    Plaintiff Kevin J. Thompson has filed a motion to amend his complaint. (ECF No. 14.) The motion is currently set for hearing on Monday, January 14, 2013. Defendant George DeLallo Company, Inc. has filed an opposition, and an accompanying counter-motion to dismiss with prejudice. (ECF No. 15.)

    Local Rule 230(e) permits a party to file a counter-motion with its opposition, so long as the counter-motion is "related to the general subject matter of the original motion." The Rule also permits the court to continue the hearing on the original motion

1 in order to give the parties a reasonable opportunity to serve and
2 file oppositions and replies.
3   However, in this case, defendant's purported counter-motion
4 consists of a mere six lines of text, without any citation to legal
5 authority or the record. Local Rule 230(b) requires that, in filing
6 a motion, the moving party must submit a "notice of motion, motion,
7 accompanying briefs, affidavits, if appropriate, and copies of all
8 documentary evidence that the moving party intends to submit in
9 support of the motion." Defendant's counter-motion fails to meet
10 this standard. The court "is not required to scour the party's
11 various submissions to piece together appropriate arguments. A
12 court need not make the lawyer's case." *Little v. Cox's
13 Supermarkets*, 71 F.3d 637, 641 (7th Cir. 1995).
14   IT IS THEREFORE ORDERED THAT defendant George DeLallo Company,
15 Inc.'s counter-motion for order of dismissal of George DeLallo
16 Company, Inc. is DISMISSED without prejudice. Defendant may re-file
17 this motion in the proper form on the court's law and motion
18 calendar. Plaintiff's motion to amend the complaint will remain on-
19 calendar to be heard on Monday, January 14, 2013 at 10:00 a.m. in
20 Courtroom 4.
21   IT IS SO ORDERED.
22   DATED: January 8, 2013.

           /s/ Lawrence K. Karlton
           LAWRENCE K. KARLTON
           SENIOR JUDGE
           UNITED STATES DISTRICT COURT

2