UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN J. THOMPSON,<br><br>           Plaintiff,<br><br>     v.<br><br>DELALLO'S ITALIAN FOODS, INC. ET AL,<br><br>           Defendants. | No.  2:12-cv-01058-TLN-CMK<br><br>**ORDER CLARIFICATION** |

Pursuant to this Court's Order filed on December 4, 2014, Defendants submitted a request for clarification which included the following three questions:

>    1. If the parties consent to the jurisdiction of the Magistrate Judge for purposes of the trial of this matter, will that Magistrate Judge be the Honorable Craig M. Kellison?

>    2. If the Honorable Craig M. Kellison would conduct the trial, would the location of the trial be in Redding or be in Sacramento?

>    3. If the parties agree to a settlement conference before a Magistrate Judge, would that Magistrate Judge also be the Honorable Craig M. Kellison or a different Magistrate Judge?

(ECF No. 98.)  As to the first and second questions, if the parties consent, the Honorable Craig M. Kellison would hear this case in Sacramento, California.  As to the third question, unless all the parties affirmatively request that the assigned Magistrate Judge participate in the conference and

1

waive, in writing, any claim of disqualification on that basis, the assigned Magistrate Judge shall not conduct the settlement conference. *See* L.R. 240(a)(16). Should the parties consent to a settlement conference without the aforementioned waiver, a Magistrate Judge would be chosen at random to preside over the settlement conference.

Dated: December 10, 2014

Troy L. Nunley
United States District Judge